# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 29, 2015

### NO. 03-13-00493-CR

**Gerald Christopher Zuliani, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 167TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
REVERSED AND RENDERED -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment of conviction rendered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment of conviction. Therefore, the Court reverses the trial court's judgment of conviction and renders judgment that Gerald Christopher Zuliani is not guilty of the offense of theft, as charged in the indictment. Gerald Christopher Zuliani is discharged from all further liability for such offense and charge.